```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                  EASTERN DIVISION

STAR MRDAK, etc.,             )
                              )
          Plaintiff,          )
                              )
     v.                       )     No.  11 C 1745
                              )
KUL BIR SOOD, M.D., et al.,   )
                              )
          Defendants.         )
```

MEMORANDUM

This Court's March 15, 2011 memorandum order has been responded to with a thoughtful Jurisdictional Memorandum authored by counsel for plaintiff Star Mrdak ("Mrdak"), suing as next friend of Joseph Schaefer.  In light of the caselaw authorities adduced there, there is no need for Mrdak's counsel to file a First Amended Complaint as the Jurisdictional Memorandum suggested as a possibility.[1]

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 25, 2011

_____

[1]  Counsel who appear for defendants are of course entitled to dispute Mrdak's position on the basis of any counter-authorities they may marshal.